# United States Court of Appeals

*For the Seventh Circuit*
*Chicago, Illinois 60604*

April 16, 2001

*Before*

Hon.  RICHARD A. POSNER, *Circuit Judge*

Hon.  DIANE P. WOOD, *Circuit Judge*

Hon.  ANN CLAIRE WILLIAMS, *Circuit Judge*

| | |
|---|---|
| THOMAS F. GROJEAN and THERESE GROJEAN,<br>      Petitioners-Appellants,<br><br>No. 00-2252            v.<br><br>COMMISSIONER OF INTERNAL REVENUE,<br>      Respondent-Appellee. | ] Appeal from the United<br>] States Tax Court<br>]<br>] No. 14374-98<br>]<br>]<br>]<br>]<br>]<br>] |

The opinion of this court issued on April 13, 2001, is corrected as follows:

The caption should reflect that the Commissioner of Internal Revenue is the Respondent-Appellee.